IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 22 CR 30024-SPM |
| STEVEN DORFMAN, | ) ) ) | |
| Defendant. | ) | |

## AMENDED PRELIMINARY ORDER OF FORFEITURE PURSUANT TO FED.R.CRIM.P. 32.2

In the Indictment filed in the above cause on February 23, 2022, the United States sought forfeiture of property of defendant, Steven Dorfman, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(8). The Court, upon consideration of the guilty verdict in this matter, hereby finds that the following property is forfeitable and hereby orders forfeited the following property:

**Bank Accounts:**

1. JP Morgan Chase accounts held as follows:
   a. Simple Insurance Leads LLC, Account Number ending in 3639; and
   b. Senior Benefits One LLC, Account Number ending in ending in 5910.

2. Iberia Bank accounts held as follows:
   a. Health Benefits One, Account Number ending in 9606;
   b. Health Benefits One, Account Number ending in 9614;
   c. Health Benefits One, Account Number ending in 9622;
   d. Simple Insurance Leads, Account Number ending in 9630;
   e. Senior Benefits One, Account Number ending in 9657;
   f. Health Center Management, Account Number ending in 9673;
   g. Innovative Customer Care, Account Number ending in 9681.

3. Evo Payments account held as follows:
   a. Health Benefits One, Account Number ending ins 5247 and 4411;

4. UBS account held as follows:
   a. Health Benefits One, Account Number ending in 1048YB; and
   b. Health Benefits One, Account Number ending in 1012YB.

1

5. Banco Popular Dominican Republic accounts held as:
   a. Soluciones Omfri SRL, Account Number ending in 0296;
   b. Soluciones Omfri SRL, Account Number ending in 6795;
   c. Unknown Account Name, Account Number ending in 1419;
   d. Unknown Account Name, Account Number ending in 1509; and
   e. Unknown Account Name, Account Number ending in 4465.

6. Banco Lafise Panama accounts held as:
   a. Health Benefits Center Corp., Account Number ending in 1229.

7. Iberia Bank accounts held in the name of Steven Dorfman:
   a. Checking Account Number ending in 9711;
   b. Checking Account Number ending in 9738;
   c. Checking Account Number ending in 9746;
   d. Checking Account Number ending in 9754; and
   e. Checking Account Number ending in 9762.

8. TD Ameritrade accounts held as:
   a. Stocks (FB) Account Number ending in 1707; and
   b. Stocks (AMZN) Account Number ending in 1707.

9. Wells Fargo Advisors account held as:
   a. Stocks (JPM) Account Number ending in 6009.

10. Wells Fargo accounts held as follows:
    a. Dorfman & Freitas, Checking Account Number ending in 8531;
    b. Dorfman & Freitas, Checking Account Number ending in 8523;
    c. Steve Dorfman, Checking Account Number ending in 0747;
    d. Steve Dorfman, Checking Account Number ending in 6609;
    e. Steve Dorfman, Checking Account Number ending in 7787;
    f. Steve Dorfman Revocable Trust, Checking Account Number ending in 4077;
    g. Dorfman, Checking Account Number ending in 0835.

**Cash:**

11. $40,325.00 in United States Currency.

**Casino Chips:**

12. Casino chips from various U.S. and International Casino establishments.

**Commissions:**

13. Patriot Health commissions payable to Health Benefits One LLC;
14. Wellness Plan of America commissions; and

15. HII, Health Insurance Innovations Contracting commissions.

**Furniture, fixtures, and equipment:**
16. Located at the Hollywood Office.

**Jewelry:**

17. One Audemars Piguet Watch;
18. One Carier Roadster Watch;
19. One Cartier Santos Watch;
20. One Richard Mille Watch;
21. Three Cartier Bracelets;
22. One Cartier Ring Panther;
23. One Gold Rope Necklace with Star of David;
24. One Gold Necklace Floral Cluster;
25. One Diamond Engagement Ring;
26. One Diamond Wedding Band (female); and
27. One Diamond Wedding Band (male).

**Real Property:**

28. Real property located at 1709 Enclave Court, Las Vegas, Nevada - developable residential lot located in Las Vegas, Nevada, and all attachments, improvements, and appurtenances thereto.

**Sports Memorabilia:**

29. Yankees Final Game at Yankee Stadium framed photo "Perfect Game Battery Mates with PG Insc. v/COA;
30. Marlins Inaugural Game 4/5/1993 framed photo of Joe Robbie Stadium, Marlins v. Dodgers;
31. Framed photo of Dwayne Wade #3, Miami Heat signed with COA;
32. Framed photo of Orange Bowl Stadium 1937–2007 with piece of wall from home locker room (Limited Edition 500);
33. Framed Super Bowl XXV tickets 1/27/1991 Giants 20 Buffalo 19;
34. Framed Ruettiger #45 Jersey, signed;
35. Framed Iron Mike Tyson Title Belt, signed;
36. Framed "Rocky" red, white, and blue boxing trunks signed Stallone v. Dolph Lundgren;
37. Framed Iron Mike Tyson black boxing trunks, signed (Collector's Edition 439/500);
38. Framed Arnold Palmer Pin Flag, signed PGA Tour;
39. Framed Chicago Bulls Michael Jordan #23 Jersey, signed;
40. Framed NY Yankees Mickey Mantle #7 Jersey and broken bat, signed;
41. Framed NY Giants photo of Lawrence Taylor #56;

42. Encased signed football by Dan Marino #13, Miami Dolphins;
43. Encased signed football by #99 Miami Dolphins;
44. Encased signed football helmet UM Team 12-0 2001 National Champions;
45. Encased signed football helmet Emmitt Smith #22 Dallas;
46. Encased small football helmet signed by Rudy Ruettiger;
47. Encased signed basketball Miami Heat;
48. Encased signed basketball Boston Celtics;
49. Encased signed baseball JD Drew;
50. Encased signed baseball Chipper Jones;
51. Encased signed baseball Alex Rodriguez;
52. Encased signed baseball Yogi Berra & Don Larsen, 1956 World Series Perfect Game;
53. Encased signed baseball Ron Fraser;
54. New York Yankees Replica Ring, Size 11;
55. Framed Art Hand Holding UM Helmet;
56. Framed Photo Cal Ripken Jr. 3,000th Hit with Game Ticket 4-15-2000; Ltd. Edition 140/250;
57. Framed Tiger Woods and Michael Jordon Golf Photo, signed;
58. Framed Masters Pin Flag signed by Phil Mickelson, 6/12/15;
59. Framed NY Yankees Tickets 27 World Championships;
60. Framed UM Michael Irvin #47 Jersey, signed;
61. Framed NY Yankees Black Baseball Bat Signed by Aaron Judge 71/99; and
62. Framed NY Yankees Baseball Bat "2000 Subway Series" multiple signatures.

**Vehicles:**

63. One 2015 Rolls-Royce Wraith, VIN: SCA665C54FUX85225, with all accessories, attachments, and components thereon.

64. One 2013 Land Rover Range Rover, VIN: SALGV2EF1DA100321, with all accessories, attachments, and components thereon.

The United States shall provide notice of the forfeiture and the right of persons other than the defendant who have any claim or legal interest in any of the property to file a petition with the Court. The notice shall be provided in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the

4

forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States shall, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Amended Order for Forfeiture, as the substitute for the published notice to those persons so notified.

Upon the filing of a petition alleging the third-party interests in the property, the Court may amend this order to resolve the claimed third-party interests.

The United States Marshals or the custodian for the United States Postal Inspection Service shall seize and reduce to his possession, if he has not already done so, the above-described property.

This Amended Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to Defendant Steven Dorfman at the time of the Defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time. This Amended Order shall be made part of the sentence of Defendant Steven Dorfman shall be included in the Judgment imposed against the Defendant. This Amended Order is a final order with respect to the Defendant and this Amended Order may be amended with respect to petitions filed by third-parties claiming an interest in the subject-matter forfeited property.

The United States may abandon forfeiture of the property by filing notice of the abandonment with the Court.

**IT IS SO ORDERED.**

**DATED: July 3, 2024**

                                              **s/ STEPHEN P. MCGLYNN**
                                              **STEPHEN P. McGLYNN**
                                              **U.S. District Judge**